**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DWAYNE D. ROTHROCK,

       Plaintiff,

                                      CASE NO.: 3:21-cv-00716

v.

ENHANCED RECOVERY COMPANY,
LLC,

       Defendant.

_____/

**<u>DEFENDANT, ENHANCED RECOVERY COMPANY, LLC'S</u>**
**<u>NOTICE OF RELATED ACTIONS</u>**

Defendant, Enhanced Recovery Company, LLC ("ERC" or "Defendant"), by

and through its undersigned counsel and pursuant to Local Rule 1.07, hereby gives

notice of the following related actions, each of which assert substantially the same

claims as those asserted in this action:

      1.     *Richard Hunstein v. Preferred Collection and Management Services,*

*Inc. and Equifax Information Services, LLC*, No. 8:19-cv-00983-TPB-TGW (M.D.

Fla., filed April 24, 2019); pending in the United States Court of Appeals for the

Eleventh Circuit as *Richard Hunstein v. Preferred Collection and Management*

*Services, Inc.*, No. 19-14434

      2.     *Justin Grogan v. Enhanced Recovery Company (ERC)*, No. 8:21-cv-

00966-SDM-TGW (M.D. Fla., filed April 22, 2021)

3.      *Carlos Dias v. Enhanced Recovery Company, LLC d/b/a Enhanced Resource Centers d/b/a ERC*, No. 3:21-cv-00484-SDM-TGW (M.D. Fla., filed May 4, 2021)

4.      *Michelle Andre v. Enhanced Recovery Company, LLC d/b/a ERC,* 8:21-cv-01108-SDM-TGW (M.D. Fla., filed May 6, 2021)

5.      *Patricia Madlinger v. Enhanced Recovery Company, LLC,* 3:21-cv-00154-FLW-DEA (D.N.J., Amended Complaint filed May 20, 2021)

6.      *Patricia A. Beck v. Enhanced Recovery Company, LLC d/b/a ERC,* 2:21-cv-0277-MMB (E.D. Pa., Amended Complaint filed June 22, 2021)

7.      *Phillip R. Miner v. Enhanced Recovery Company, LLC,* 3:21-cv-00633-MMH-PDB (M.D. Fla., filed June 25, 2021)

8.      *Shayla Bailey v. Enhanced Recovery Company, LLC,* No. 2:21-cv-516 (M.D. Fla., filed July 12, 2021)

9.      *Marvin Worrell v. Enhanced Recovery Company, LLC,* 8:21-CV-1703 (M.D. Fla., removed on July 12, 2021)

10.     *Daniel R. Roney, Sr. v. Enhanced Recovery Company, LLC,* 8:21-cv-01725-MSS-CPT (M.D. Fla., filed July 16, 2021)

11.     *Patricia DeRosa a/k/a Patrisia Duran v. Enhanced Recovery Company, LLC*, 1:21-cv-22637 (S.D. Fla., removed on July 22, 2021)

12.  *Jill Jackin v. Enhanced Recovery Company LLC d/b/a Enhanced Resource Centers d/b/a ERC,* 2:21-cv-00234 (E.D. Wash., filed August 3, 2021)

13.  *Giselle Marin v. Enhanced Recovery Company, LLC*, 1:21-cv-22858-JEM (S.D. Fla., removed on August 5, 2021)

14.  *Dede Dunn and Muriel Lytle v. Enhanced Recovery Company, LLC,* 1:21-cv-00665-TDS-LPA (M.D.N.C., removed August 25, 2021)

15.  *Leroy Darden v. Enhanced Recovery Company, LLC,* 1:21-cv-23182-RKA (S.D. Fla, removed September 2, 2021)

16.  *Reyna Olivas v. Enhanced Recovery Company, LLC,* 1:21-cv-23185-KMW (S.D. Fla., removed September 2, 2021)

17.  *Jocelyne Casimir v. Enhanced Recovery Company, LLC*, 0:21-cv-61861-JEM (S.D. Fla., removed September 2, 2021)

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Scott S. Gallagher*
Scott S. Gallagher
Florida Bar No. 0371970
sgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
rrivera@sgrlaw.com
Nicole L. Kalkines
Florida Bar No. 1003293
nkalkines@sgrlaw.com
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202

3

Tel: (904) 598-6100
Fax: (904) 598-6200

*Attorneys for Defendant, Enhanced*
*Recovery Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Alejandro E. Figueroa, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Tel.: (630) 575-8181
Email: alejandrof@sulaimanlaw.com

*Attorney for Plaintiff*

*/s/ Scott S. Gallagher*
Attorney

4